IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OUSMANE SOUMARE** | |
| v. | **CIVIL ACTION** |
| **JAMAL L. JAMISON, Warden of the Philadelphia Federal Detention Center,** *et al.* | No. 25-6490 |

## ORDER

**AND NOW**, this 20th day of November, 2025, upon consideration of the petition for habeas corpus filed the same date, it is hereby **ORDERED**:

1. The Clerk is **DIRECTED** to immediately serve the United States Attorney's Office for the Eastern District of Pennsylvania with a copy of the petition (ECF 1) and this order.

2. Respondents **SHALL FILE** a response to the petition and show cause by November 24, 2025 at 10:00 a.m. as to why the petition should not be granted and a bond hearing ordered.

3. A hearing on the petition will be held **Monday, November 24, 2025** at 3:00 p.m. in Philadelphia in a courtroom to be determined.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**