IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OUSMARE SOUMARE | |
| v. | Civil Case No. 25-6490 |
| JAMAL L. JAMISON, Warden of the Philadelphia Federal Detention Center, *et al.* | |

## ORDER

**AND NOW,** this 21st day of November, 2025, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Warden of the Philadelphia Federal Detention Center produce before this Court the body of **Ousmare Soumare (**A-Number 240431064) on Monday, November 24, 2025, at 3:00 p.m. before the Honorable Catherine Henry in Courtroom 7-B of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Immediately upon termination of this proceeding, Ousmare Soumare will be delivered into the custody of the superintendent of said institution.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**