THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OUSMANE SOUMARE** <br><br> v. <br><br> **JAMAL L. JAMISON,** *et al.* | **CIVIL ACTION** <br><br> No. 25-6490 |

### ORDER

**AND NOW**, this 2nd day of December, 2025, upon consideration of the Petition for a Writ of Habeas Corpus and the answer and response thereto, it is hereby **ORDERED**:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Soumare is not subject to mandatory detention under 8 U.S.C. § 1225.

3. The respondents shall immediately **RELEASE** Soumare from custody.

4. The respondents shall certify compliance with this Order by a filing on the docket on December 3rd, 2025 regarding Soumare's custody status.

5. Respondents are **ENJOINED** for a period of seven days following Soumare's release from custody pursuant to this order from detaining Soumare on the putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

6. If the government seeks to detain Soumare after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention.

**BY THE COURT**:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**

---

[1] If Soumare is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.